HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Linda.allison@fd.org

Attorney for Defendant
JONI MARTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONI MARTIN<br><br>Defendant. | Case No.  2:22-PO-00119-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE BENCH TRIAL**<br><br>DATE:   October 6, 2022<br>TIME:    9:30 a.m.<br>JUDGE:  CAROLYN K. DELANEY |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Heiko Coppola, Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for JONI MARTIN, that the bench trial currently set for October 6, 2022 at 9:30 a.m. be continued to October 18, 2022 at 9:30 a.m.

This continuance is requested to give the parties sufficient time to prepare for trial. By this stipulation, the parties now jointly move to continue the trial to October 18, 2022 at 9:30 a.m.

Dated:  September 7, 2022

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
JONI MARTIN

1    Dated:  September 7, 2022                    PHILLIP A. TALBERT
                                                  United States Attorney
2

3                                                 /s/ Heiko Coppola
                                                  HEIKO COPPOLA
4                                                 Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

IT IS HEREBY ORDERED that the bench trial currently set for October 6, 2022 be vacated for the reasons stated above and continued to October 18, 2022 at 9:30 a.m. Further, the court ORDERS that Trial Briefs, Witness Lists and Exhibit Lists are due no later than 10/11/2022.


Dated:  September 8, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE